AO 91 Criminal Complaint - Revised 4/20

JUL 8 2025 PM 4:25
FILED-USDC-CT-HARTFORD

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>Luis Peterson Rohr Ferreira Borges<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:25MJ622 (TOF)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 25, 2025__ in the county of __Hartford__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding certain Officers or Employees |
| 18 U.S.C. § 115(a)(1)(B) | Influencing, Impeding, or Retaliating against a Federal official |

This criminal complaint is based on these facts:

See attached affidavit of Homeland Security Investigations ("HSI") Special Agent Caileigh Carei, which is incorporated herein by reference.

☑ Continued on the attached sheet.

**CAILEIGH E CAREI**
Digitally signed by CAILEIGH E CAREI
Date: 2025.07.08 09:51:43 -04'00'

*Complainant's signature*

Caileigh Carei, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Teams (specify reliable electronic means).

Date: 07/08/2025

*[Judge signature]* Date: 2025.07.08 12:37:55 -04'00'

*Judge's signature*

City and state: Hartford, Connecticut

Hon. Thomas O. Farrish, USMJ
*Printed name and title*