JUL 8 2025 PM4:26
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 3:25-mj-622 (TOF) |
| v. | |
| LUIS PETERSON ROHR FERREIRA BORGES | July 8, 2025 |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Caileigh Carei, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.      I am a special agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"). I have been a Special Agent with HSI since July 2022, and I am currently assigned to the Hartford, Connecticut Office of Investigations. As a Special Agent with HSI, I have conducted and participated in investigations involving child exploitation, narcotics, human trafficking, in addition to a myriad of other crimes. As an HSI special agent, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure of Section 2510(7) of Title 18, United States Code. That is, I am a government agent who is empowered and authorized by the law to conduct investigations of and make arrests for offenses enumerated in Title 18 of the United States Code.

2.      I make this Affidavit in support of a criminal complaint and arrest warrant for LUIS PETERSON ROHR FERREIRA BORGES ("ROHR FERREIRA BORGES"), an adult male born in 2000, who is a native and citizen of Brazil, and who has an Alien Registration Number, known to me, ending in 0078.  Based upon the information provided below, I respectfully submit there is probable cause to believe that ROHR FERREIRA BORGES violated 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding certain Officers or Employees) and 18 U.S.C. § 115(a)(1)(B)

1

(Influencing, Impeding, or Retaliating against a Federal official) (collectively, the "TARGET OFFENSES"). Accordingly, I make this affidavit in support of a criminal complaint charging ROHR FERREIRA BORGES with a violation of the TARGET OFFENSES and in support of the issuance of an arrest warrant authorizing the arrest of ROHR FERREIRA BORGES.[1]

3.     The facts in this affidavit come from my personal observations, my training and experience, evidence collection, witness information, system queries, and information obtained from other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested criminal complaint and arrest warrant, and it does not set forth all of the information law enforcement officers have learned in this investigation.

## **TARGET OFFENSES**

4.     18 U.S.C. § 111(a)(1) provides that whoever "forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties" shall be guilty of a crime. The persons designated in section 1114 include "any officer or employee of the United States or of any agency in any branch of the United States Government."

5.     18 U.S.C. § 115(a)(1)(B) provides, in relevant part, that whoever "threatens to assault . . . a Federal law enforcement officer, or an official whose killing would be a crime under [section 1114 of this title], with intent to impede, intimidate, or interfere with such official . . . or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official . . . or law enforcement officer on account of the performance of official duties," shall be guilty of a crime.

---

[1] ROHR FERREIRA BORGES is currently in ICE custody.

### FACTS SUPPORTING PROBABLE CAUSE

6.      On June 25, 2025, federal law enforcement officers executed an administrative arrest of ROHR FERREIRA BORGES pursuant to the U.S. Department of Homeland Security Warrant for Arrest of Alien, Form I-200, issued on or about October 10, 2023 (hereinafter, the "I-200 Arrest Warrant"), based upon a charging document initiating removal proceedings for violations of Immigration and Nationality Act ("INA") § 237(a)(1)(B), in that he was an alien present in the United States in violation of the INA or any other law of the United States.

7.      On June 25, 2025, at approximately 1410, two Special Agents ("HSI-Agent-1" and "HSI-Agent-2") from HSI, and four officers ("ERO-Officer-1," "ERO-Officer-2," "ERO-Officer-3," and ERO-Officer-4") from U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations ("ERO"), all of whose identities are known to me, conducted surveillance of a Black BMW sedan belonging to ROHR FERREIRA BORGES parked at 431 Zion St, Hartford, Connecticut.[2] Upon arrival at 431 Zion Street, law enforcement identified ROHR FERREIRA BORGES, who was standing to the rear of the black BMW on the corner of Zion St. and Hamilton St.

8.      HSI-Agent-1 exited his vehicle and approached ROHR FERREIRA BORGES, stating "Police." ROHR FERREIRA BORGES attempted to flee by entering a hole in a fence into a fenced lot on the corner of Zion St. and Hamilton St. HSI-Agent-1 ran after ROHR FERREIRA BORGES yelling "Police, stop" in attempt to arrest him. After running the interior perimeter of the fenced area, ROHR FERREIRA BORGES attempted to exit the fenced in area at the hole

---

[2] Law enforcement has observed ROHR FERREIRA BORGES using a black BMW sedan on multiple occasions, including during a prior attempt to arrest ROHR FERREIRA BORGES on June 7, 2025, as described below. When law enforcement observed the BMW sedan on June 25, it bore Massachusetts License Plate number 1PMJ85. A check of records indicates that Massachusetts Plate number 1PMJ85 is registered to a different vehicle, a 2012 blue Hyundai Sonata registered to another individual. Accordingly, based on this information and the information described later in this affidavit, I believe ROHR FERREIRA BORGES is switching the license plate on the BMW sedan to avoid detection.

where he entered, at which point HSI-Agent-1 was able to make contact with ROHR FERREIRA BORGES. HSI-Agent-1 repeatedly shouted "Police, give me your hands," but ROHR FERREIRA BORGES continued to resist arrest by flailing on the ground and kicking his legs and pushing HSI-Agent-1 with his hands.

9.      A female later identified as an individual with initials N.P., whose full name is known to me, approached HSI-Agent-1 from behind as he was struggling with ROHR FERREIRA BORGES. N.P. began screaming and attempting to pull HSI-Agent-1 away from ROHR FERREIRA BORGES. HSI-Agent-2, ERO-Officer-3, and ERO-Officer-4 approached N.P. as she continued to attempt to pull HSI-Agent-1 off ROHR FERREIRA BORGES, at which point ERO-Officer-3 removed N.P. from the area.

10.     ROHR FERREIRA BORGES continued to be non-compliant with commands to stop resisting arrest, and HSI-Agent-1 struggled to put handcuffs on the subject. After 20 to 30 seconds of continued struggle, HSI-Agent-1 was able to put the handcuffs on ROHR FERREIRA BORGES.

11.     Once in handcuffs, ERO-Officer-2 placed ROHR FERREIRA BORGES in the backseat of the Government Owned Vehicle (the "GOV") belonging to ERO-Officer-2. ERO-Officer-1 got into the driver's side rear seat of the GOV to ensure direct control of ROHR FERREIRA BORGES due to his aggressive behavior. While in the vehicle, ROHR FERREIRA BORGES continued to kick, flail, and scream obscenities.

12.     As ERO-Officer-2 put the vehicle in drive, ROHR FERREIRA BORGES aggressively spun his back toward the rear passenger door, while in handcuffs and a seatbelt, in an attempt to manipulate the door handle. ROHR FERREIRA BORGES then opened the door and attempted to exit the vehicle. As ERO-Officer-2 placed the vehicle in park, exited the vehicle and

4

activated the child lock to the "on" position on the rear passenger door.

13.    As ERO-Officer-2 was returning to the driver's seat of the vehicle, N.P. approached the rear passenger door and opened it, attempting to help ROHR FERREIRA BORGES escape custody. ERO-Officer-2 went back to the rear passenger door and removed N.P. from the rear passenger car door. ERO-Officer-3 then entered the rear passenger seat, placing ROHR FERREIRA BORGES in the middle rear seat, between ERO-Officer-3 in the passenger's side rear seat and ERO-Officer-1 in the driver's side rear seat. ERO-Officer-2 then re-closed the door and got back into the driver's seat of the GOV and drove away towards the Federal Building located at 450 Main St. Hartford, CT.

14.    While in transit back to the Federal Building located at 450 Main St. Hartford, CT, ROHR FERREIRA BORGES was physically and verbally belligerent towards the officers. As such, ERO-Officer-2 (the driver) used his government issued cell phone to video record the activity inside the car. I have reviewed this video in preparing this affidavit.

15.    During the drive, ROHR FERREIRA BORGES was physically aggressive while in handcuffs and attempted to manipulate his hands while in handcuffs to the front of his body. ERO-Officer-1 attempted to place ROHR FERREIRA BORGES' head between his legs to minimize his freedom of movement. ROHR FERREIRA BORGES attempted to headbutt ERO-Officer-1, and he presented aggressive behavior and taunted the officers, stating "bro, you wanna play, you wanna fucking play."

16.    At this point ERO-Officer-1 warned ROHR FERREIRA BORGES that if he did not stop struggling, he would be sprayed with Oleoresin Capsicum ("OC") Spray, commonly referred to as pepper spray. ROHR FERREIRA BORGES responded, "this fucking faggot." ERO-Officer-1 continued attempting to put ROHR FERREIRA BORGES' head between his legs to

5

minimize his freedom of movement, at which point ERO-Officer-2 (the driver) warned again that he would engage with OC spray. ROHR FERREIRA BORGES stated "go ahead spray me, spray me so you can spray everyone back here you fucking retard, go ahead and spray you fucking pussy."

17.    ROHR FERREIRA BORGES began to raise his knee in the middle seat as ERO-Officer-1 and ERO-Officer-3 attempted to gain control of ROHR FERREIRA BORGES. ROHR FERREIRA BORGES then stated "spray, spray then, I'll kick you in the fucking neck right now." Below are screenshots from the recorded video depicting ROHR FERREIRA BORGES raising and moving his leg toward ERO-Officer-2 (the driver) as ROHR FERREIRA BORGES was stating "I'll kick you in the fucking neck right now" and also a screenshot of ERO-Officer-1's hand attempting to block and control ROHR FERREIRA BORGES' leg after he made the statement:





18.    As ERO-Officer-3 was struggling with ROHR FERREIRA BORGES in an attempt to push his knees down to impede him from kicking ERO-Officer-2 (the driver) in the neck, ERO-Officer-1 placed his gloved hand on the back of ROHR FERREIRA BORGES head in attempt to once again place his head between his knees.

19.    At this point ROHR FERREIRA BORGES turned his head towards ERO-Officer-1 and began to bite ERO-Officer-1 on the hand. According to ERO-Officer-1, he felt ROHR FERREIRA BORGES' mouth open on ERO-Officer-1's right hand and ROHR FERREIRA BORGES' teeth start to close on ERO-Officer-1's right hand. ERO-Officer-1 was able to remove his right hand away from ROHR FERREIRA BORGES' mouth. Below is a screenshot from the recorded video depicting ROHR FERREIRA BORGES as he was opening his mouth and began to bite ERO-Officer-1:



20.    This incident prompted ERO-Officer-2 (the driver) to engage with OC spray with a small burst into the eyes of ROHR FERREIRA BORGES at close range. ROHR FERREIRA BORGES then minimized his resistance and dropped his knees, and ERO-Officer-1 was able to push ROHR FERREIRA BORGES' head down between his legs.

21.    After about 90 seconds ROHR FERREIRA BORGES started to struggle with officers again and rear up, attempting to gain control. ROHR FERREIRA BORGES began to spit all over the arm of ERO-Officer-2 (the driver) and continued to struggle with ERO-Officer-1 and ERO-Officer-3, attempting to grab their hands, ultimately stating "you're about to dislocate my arm, let it up and I'll stop grabbing, if you keep grabbing my arm Imma keep spittin'." Officers warned ROHR FERREIRA BORGES that spitting on a Federal Officer is an assault offense, but ROHR FERREIRA BORGES continued to spit on the arm of ERO-Officer-2 (the driver) for the duration of the drive. According to ERO-Officer-1, during the drive, ROHR FERREIRA BORGES also attempted to take ERO-Officer-1's medical shears from his body armor.

22.      Upon arrival at the Federal Building ROHR FERREIRA BORGES refused to walk and continued to act aggressive and belligerent. Officers had to carry ROHR FERREIRA BORGES to the holding area, as he would not comply and walk on his own. Upon arrival, ROHR FERREIRA BORGES continued to yell racial slurs and obscenities at multiple officers once in the holding area. ERO-Officer-1, a qualified Tactical Medic, offered medical assistance to ROHR FERREIRA BORGES, but he refused. Officers provided ROHR FERREIRA BORGES with bottles of water and dawn dish soap to decontaminate once placed in the holding cell. ROHR FERREIRA BORGES then utilized these bottles of water to attempt to flood his cell by refilling them and dumping the water underneath the holding cell door. Maintenance had to be called to prevent the water from flooding the area, and the water to the cell had to be temporarily shut off to avoid additional flooding. ERO-Officer-1 eventually was able to evaluate ROHR FERREIRA BORGES approximately 45 minutes following his exposure to OC spray. ROHR FERREIRA BORGES did not show any active effects, and he continued to verbally taunt and harass officers with derogatory comments.

Prior Attempt to Arrest the Defendant on June 7, 2025

23.      On June 7, 2025, federal law enforcement officers made a previous attempt to arrest ROHR FERREIRA BORGES pursuant to the I-200 Arrest Warrant. As described below, ROHR FERREIRA BORGES led the officers on a lengthy foot chase, ultimately got in his vehicle to drive away, hit an officer's vehicle while driving, and then fled. I believe these events further demonstrate ROHR FERREIRA BORGES' intent to impede, intimidate, or interfere with law enforcement. The facts regarding that prior attempt to arrest ROHR FERREIRA BORGES on June 7, 2025, are as follows:[3]

---

[3] ROHR FERREIRA BORGES also has a case pending in Connecticut Superior Court stemming from an arrest on September 16, 2023. In that case, he has been charged with violations of Connecticut General Statutes §§ 53a-167c

24.     Approximately 8:00 AM that day, law enforcement officers, including two HSI Special Agents ("HSI-Agent-3" and "HSI-Agent-4"), two other HSI Special Agents, five ERO officers, and one Drug Enforcement Administration ("DEA") Special Agent ("DEA-Agent-1"), all of whose identities are known to me, were engaged in an operation to arrest ROHR FERREIRA BORGES pursuant to the I-200 Arrest Warrant.

25.     As part of the preparation for this operation, all participating parties were shown various photographs of ROHR FERREIRA BORGES and were provided information about known vehicles driven by ROHR FERREIRA BORGES. The known vehicles included a white Mercedes Benz bearing CT license plate BD-83388, a black Honda Accord bearing CT license plate BS-91845, and a Black BMW sedan bearing CT license plate BF-95094.

26.     At approximately 12:20 PM, an HSI-Agent-4 and an ERO officer observed a black BMW sedan bearing CT license plate BS-91845 parked on Myrtle Street in the area of 8 Turtle Creek Lane, East Hartford, CT. Information provided to the agents, as well as queries conducted in law enforcement databases on June 7, showed that license plate to be registered to a different vehicle, a 2010 gray Honda Accord registered to N.P., discussed above.

27.     At approximately 1:20 PM, HSI-Agent-3 observed two male individuals, one of whom appeared to match the physical description of ROHR FERREIRA BORGES, exit the building at 8 Turtle Creek Lane and walk towards the aforementioned BMW sedan located on Myrtle Street. HSI-Agent-4 and an ERO officer attempted to arrest ROHR FERREIRA BORGES

---

(assault of public safety, emergency medical, public transit or health care personnel), 53a-61 (assault in the third degree), 53a-181 (beach of peace in the second degree), 53a-167a (interfering with an officer), and 53a-181j (intimidation based on bigotry or bias in the first degree).

In addition, I am aware of another incident on January 28, 2025, in Hartford, CT. According to ERO-Officer-2, ROHR FERREIRA BORGES almost ran ERO-Officer-2 and ERO-Officer-3 over while he fled in his vehicle during an arrest attempt that day. According to ERO-Officer-2, both officers had to push themselves off ROHR FERREIRA BORGES's vehicle to avoid being run over, and ROHR FERREIRA BORGES then drove up on the sidewalk almost hitting a bystander before fleeing the scene.

before he and his associate entered the BMW sedan. HSI-Agent-4 drove his unmarked law enforcement vehicle, with the police lights illuminated, in the direction of the BMW sedan. Upon arriving immediately next to the driver's side front door of the BMW sedan, HSI-Agent-4 and the ERO officer exited their vehicle while wearing body armor marked with "Police" markings. At approximately the same time, HSI-Agent-3 drove his unmarked law enforcement vehicle, with the police lights illuminated, to the area and exited his vehicle wearing body armor marked with "Police" markings.

28.     At that time, HSI-Agent-3, HSI-Agent-4, and the ERO officer observed ROHR FERREIRA BORGES run away from them on foot through the backyard of 26 Myrtle Street, East Hartford, CT and then jump the backyard fence and enter the backyard of what is believed to be 23 Oakwood Street, East Hartford, CT. During this time, both HSI-Agent-3 and HSI-Agent-4 were loudly exclaiming "Police, Stop" at a volume that they believed ROHR FERREIRA BORGES would be able to hear.

29.     Prior to ROHR FERREIRA BORGES jumping the fence, HSI-Agent-3 observed ROHR FERREIRA BORGES drop a black colored "satchel" style bag near the backyard fence of 26 Myrtle Street. At that time, both HSI-Agent-3 and HSI-Agent-4 continued to pursue ROHR FERREIRA BORGES on foot.

30.     HSI-Agent-3 and HSI-Agent-4 then observed ROHR FERREIRA BORGES jump the fence from 23 Oakwood Street and enter the backyard of 20 Latimer Street, East Hartford, CT. HSI-Agent-4 pursued ROHR FERREIRA BORGES into 23 Oakwood Street but lost visual contact with him at that time.

31.    At that point, HSI-Agent-3 retrieved his vehicle and drove to the area near 217 Burnside Avenue, East Hartford, CT. Shortly thereafter, HSI-Agent-3 observed ROHR FERREIRA BORGES crouching down behind trees/shrubbery in the backyard between 221 Burnside Avenue and 229 Burnside Avenue, East Hartford, CT. HSI-Agent-3 then observed ROHR FERREIRA BORGES run in a westbound direction towards Kenyon Place. HSI-Agent-3 exited his vehicle and observed another individual, believed to be a resident of the area, point to the area of the garage located at 13-15 Kenyon Place.

32.    HSI-Agent-3 then traveled on foot south on Kenyon Place near 13-15 Kenyon Place and observed ROHR FERREIRA BORGES at a high stockade style fence on the southside of 13-15 Kenyon Place. HSI-Agent-3 ran towards the gate, loudly announced "Stop," and observed ROHR FERREIRA BORGES open a gate built within the high stockade style fence. ROHR FERREIRA BORGES then went through the gate and slammed it behind him as HSI-Agent-3 approached the gate. HSI-Agent-3 immediately attempted to open the gate by slamming his shoulder into the gate. However, HSI-Agent-3 felt counterforce behind it, and observed a silhouette of a person HSI-Agent-3 knew to be ROHR FERREIRA BORGES positioned directly behind the gate. HSI-Agent-3 believed ROHR FERREIRA BORGES was using physical force to prevent HSI-Agent-3 from opening the gate. HSI-Agent-3 then heard ROHR FERREIRA BORGES spontaneously state "I didn't do anything."

33.    HSI-Agent-3 loudly announced "You need to stop, Police." HSI-Agent-3 then observed ROHR FERREIRA BORGES manipulate something near the top of the aforementioned gate, believed to be a locking mechanism. HSI-Agent-3 then heard the sound of someone running on the side of the gate that ROHR FERREIRA BORGES was on. After hearing this sound and observing the suspected manipulation of a locking mechanism, HSI-Agent-3 attempted to open the

gate again by slamming his shoulder into the gate. During this second attempt, HSI-Agent-3 now felt the gate "flex" as if there was no longer a physical force preventing it from being opened.

34.     Shortly thereafter, the aforementioned resident in the area informed HSI-Agent-3 of another access point through the gate. HSI-Agent-3 opened that gate and continued his pursuit of ROHR FERREIRA BORGES. HSI-Agent-3 did not observe ROHR FERREIRA BORGES at that time. HSI-Agent-3 then stated over the radio that ROHR FERREIRA BORGES was believed to be headed back towards his apartment area, located at 8 Turtle Creek.

35.     Upon hearing this radio call, HSI-Agent-4 placed an additional radio call to all law enforcement officers participating in the operation that they needed to return to the aforementioned black BMW sedan located on Myrtle Street in case ROHR FERREIRA BORGES returned to that vehicle.

36.     DEA-Agent-1 heard this communication over the radio and then drove his unmarked law enforcement vehicle southbound on Oakwood Street, East Harford, CT from Burnside Avenue, East Hartford, CT. Around the area of 32 Oakwood Street, DEA-Agent-1 observed the aforementioned BMW sedan traveling in a northbound direction on Oakwood Street towards Burnside Avenue. DEA-Agent-1 did not immediately recognize this vehicle as the aforementioned BMW sedan, and DEA-Agent-1 swerved his vehicle to avoid being hit.

37.     The BMW sedan then struck DEA-Agent-1'a vehicle on the front driver's side bumper. DEA-Agent-1 attempted to exit his vehicle at that time via the driver's side door but realized that the vehicle that struck DEA-Agent-1's vehicle was the aforementioned BMW sedan. DEA-Agent-1 was wearing his law enforcement vest bearing "Police" markings, and DEA-Agent-1 loudly announced "Stop! Get out of the car! Stop!" DEA-Agent-1 does not recall if his "Police" lights were illuminated on his unmarked law enforcement vehicle at this time.

38.    DEA-Agent-1 then reentered his vehicle via the driver's seat and observed the aforementioned BMW sedan continue to drive northbound on Oakwood Street towards Burnside Avenue.    DEA-Agent-1 turned his law enforcement vehicle around to head northbound on Oakwood Street towards Burnside Avenue and pursue the BMW sedan.    DEA-Agent-1 observed the BMW sedan travel eastbound on Burnside Avenue from Oakwood Street.

39.    DEA-Agent-1 drove to a position where his law enforcement vehicle was directly behind the aforementioned BMW sedan while traveling eastbound on Burnside Avenue.  However, the BMW sedan then accelerated at a high rate of speed.  Shortly thereafter, DEA-Agent-1 lost visual contact of the BMW sedan.

40.    At that point law enforcement no longer had visual sight of ROHR FERREIRA BORGES or the BMW sedan.

41.    HSI-Agent-3 then retrieved the aforementioned black satchel, which ROHR FERREIRA BORGES dropped near the backyard fence of 26 Myrtle Street.  HSI-Agent-3 and HSI-Agent-4 considered this to be an abandoned item and opened it to check its contents.  The contents of the satchel included multiple identification documents, including a United States of America Employment Authorization card for ROHR FERREIRA BORGES, which listed his Alien number, known to me, ending in 0078.

## CONCLUSION

42.    Based on the foregoing information, I submit that probable cause exists to believe that June 25, 2025, in the District of Connecticut, ROHR FERREIRA BORGES committed violations of 18 U.S.C. § 111(a)(1) in that he assaulted an ERO officer, including by biting and attempting to bite the officer, and he further violated 18 U.S.C. § 115(a)(1)(B) in that he threatened to assault an ERO officer, including by threatening to kick the officer in the neck. Therefore, I respectfully request that a criminal complaint and arrest warrant be issued charging ROHR FERREIRA BORGES with such offenses.

CAILEIGH E
CAREI
Digitally signed by
CAILEIGH E CAREI
Date: 2025.07.08
09:50:06 -04'00'

Caileigh Carei, Special Agent
Homeland Security Investigations


The truth of the foregoing affidavit has been attested to me by Special Agent Caileigh Carei over Teams on this 8th day of July, 2025, at Hartford, Connecticut.

Date: 2025.07.08
12:38:11 -04'00'

HON. THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE