UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:26CR 001 (VDO) |
| v. | VIOLATION: |
| LUIS PETERSON ROHR FERREIRA BORGES | 18 U.S.C. § 111(a)(1) (Simple Assault on a Federal Officer) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Simple Assault on a Federal Officer)

On or about June 25, 2025, in the District of Connecticut, the defendant, LUIS PETERSON ROHR FERREIRA BORGES, willfully did forcibly assault a person designated in Title 18, United States Code, Section 1114, namely a U.S. Immigration and Customs Enforcement and Removal Operations officer, whose identity is known to the United States Attorney, while the officer was engaged in the performance of official duties, where such assault constituted simple assault.

In violation of Title 18, United States Code, Section 111(a).

UNITED STATES OF AMERICA

*/s/ David X. Sullivan*

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*

NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY

JAN 22 2026 PM 4:00
FILED-USDC-CT-HARTFORD